PENALTY SHEET

DEFENDANT:  MAGDALENA LYBOLT

YEAR OF BIRTH: 1978

COMPLAINT FILED?  _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES   __X__ NO

OFFENSES:   Count 5: 18 U.S.C. §§ 1343 and 2(a), Wire Fraud and Aiding and Abetting

LOCATION OF OFFENSE: DENVER COUNTY, COLORADO

PENALTY:   Count 5: Imprisonment of NMT 20 years, a fine of NMT $250,000 or NMT the greater of twice the gross pecuniary gain or twice the gross pecuniary loss resulting from the offense, or both fine and imprisonment; $100 special assessment; a term of supervised release NMT 3 years; restitution and forfeiture.

AGENT:   Christine Norman
Special Agent, Federal Bureau of Investigation

AUTHORIZED BY:  Theodore O'Brien
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less

_____ over five days

THE GOVERNMENT will not seek detention in this case.

The statutory presumption of detention **is not** applicable to this defendant.