AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

| | |
|---|---|
| United States of America<br>v. | ) |
| | ) |
| | )    Case No.    24-cr-00212-DDD-1 |
| | ) |
| | ) |
| JOSHUA LYBOLT, | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

      **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JOSHUA LYBOLT    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ❏ Complaint

❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

   Counts 1–5: 18 U.S.C. §§ 1343 and 2(a), Wire Fraud and Aiding and Abetting
   Counts 6–13: 18 U.S.C. § 1957, Money Laundering

| | |
|---|---|
| | s/C. Madrid, Deputy Clerk |
| Date:    6/27/2024 | *Issuing officer's signature* |
| | |
| City and state:    Denver, Colorado | Jeffrey P. Colwell, Clerk of Court |
| | *Printed name and title* |

| **Return** |
|---|
|     This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| |
| Date: _____            *Arresting officer's signature* |
| |
|                                   *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:     JOSHUA LYBOLT

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                          Weight:

Sex:                                                              Race:

Hair:                                                             Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: