**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

------------------------------------------------------------------------X

**UNITED STATES OF AMERICA**,

                          Plaintiff,

- against -

**JOSHUA LYBOLT**,

                          Defendant.

------------------------------------------------------------------------X

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11:19 am, Jul 15, 2024
JEFFREY P. COLWELL, CLERK

<u>CASE NO.</u>: 24-cr-00212-001

**ENTRY OF APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

      **PLEASE TAKE NOTICE** that the undersigned attorneys hereby appear in this action on Defendant's behalf. All papers in this action shall be served on the undersigned at the office and post office address stated below.

Dated: July 11, 2024
       New York, New York

                                      *Todd A. Spodek*
                                      Todd A. Spodek, Esq.
                                      N.Y. Bar No.: 4489399
                                      Spodek Law Group P.C.
                                      233 Broadway, Suite 710
                                      New York, NY 10279
                                      Mobile: (347) 292-8633
                                      Office: (212) 300-5196
                                      Fax: (212) 300-6371
                                      Email: ts@spodeklawgroup.com
                                      Attorney for Defendant, Joshua Lybolt

cc:    All Counsel (By ECF).