THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| THE UNITED STATES OF AMERICA : | |
| - against - : | **Criminal No.**: 1:24-cr-00212-DDD-1 |
| **Joshua Lybolt** : | |
| Defendant. : | |

---

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE PRETRIAL MOTIONS, AND CONTINUE THE TRIAL PREPARATION CONFERENCE AND JURY TRIAL START DATE

Defendant, **Joshua Lybolt**, by and through the undersigned counsel, moves this Honorable Court for an extension of time to file pretrial motions and responses, and a continuance of the trial preparation conference and the jury trial for a period of sixty (60) days**,** and for a finding of excludable time under the Speedy Trial Act as found in Title 18, United States Code, §§ 3161, *et seq*. In support therefor, counsel states as follows:

1. The Defendant's Counsel filed a Notice of Appearance on July 15, 2024. *See* ECF No. 18.

2. The Court set the due date for Defendant Joshua Lybolt's pretrial motions for August 01, 2024, and responses for August 08, 2024. The Court set the trial preparation conference for September 05, 2024, at 1:30 p.m., and set the jury trial for September 09, 2024, at 8:30 a.m. *See* ECF No. 15.

3. Counsel filed a limited notice for Magdalena Lybot on July 15, 2024, to address the issues of service of the Summons, and to address the bail hearing. *See* ECF No. 19.

1

4. Co-Defendant Magdalena Lybolt requires additional time to find her own counsel. The Defendant's Counsel had advised Mrs. Lybolt that he could not continue to represent her due to a conflict of interest.

5. In the event, Ms. Lybolt does not obtain counsel, we would ask the Court to appoint her counsel.

6. The requested continuance for the trial preparation conference and seven day jury trial is necessary, so that the Defendant's Counsel and Mrs. Lybolt's counsel can have sufficient time to review the Government's discovery, which is significant.

7. AUSA Theodore Joseph O'Brien has been informed of this motion and does not object to any of the requests made in the motion.

## CONCLUSION

**WHEREFORE**, the Defendant, **Joshua Lybolt,** by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,
Spodek Law Group P.C.

*/s/ Todd A. Spodek*
Todd A. Spodek,
N.Y. Bar No.: 4489399
233 Broadway, Suite 710
New York, NY 10279
Tel.: (212) 300-5196
Fax: (212) 300-6371
ts@spodeklawgroup.com
*Counsel for Defendant, Joshua Lybolt*

## CERTIFICATE OF SERVICE

I hereby certify that on August 01, 2024, a true and correct copy of the above and foregoing **UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE PRETRIAL MOTIONS, AND CONTINUE THE TRIAL PREPARATION CONFERENCE AND JURY TRIAL START DATE** was filed electronically, and through that system, all parties, by and through their respective attorneys, including Theodore Joseph O'Brien**,** the Assistant United States Attorney handling this case, have had this document forwarded to them.

/s/ *Todd A. Spodek*
Todd A. Spodek,
NY Bar No.: 4489399
233 Broadway, Suite 710
New York, NY 10279
Tel.: (212) 300-5196
Fax: (212) 300-6371
ts@spodeklawgroup.com
*Counsel for Defendant,*
*Joshua Lybolt*