IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00212-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    JOSHUA LYBOLT, and
2.    MAGDALENA LYBOLT,

        Defendants.

---

### UNITED STATES' FIRST BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

---

COMES NOW the United States of America, by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Tonya Andrews, and hereby files the following First Bill of Particulars:

    1.    In the Forfeiture Allegation on Pages 13-15 of the Indictment returned on June 27, 2024, the United States alleged that, pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), it would seek forfeiture of all property constituting or derived from proceeds obtained, directly or indirectly, from the commission of the offenses alleged in Counts 1 through 5 of the Indictment.

    2.    Accordingly, the United States gives notice that as a result of the violations of 18 U.S.C. § 1343 as alleged in Counts 1 through 5 of the Indictment,

and by this reference fully incorporated herein, the United States seeks forfeiture of the defendants' interest in the following:

1. Real Property located at 760 West Beaver Creek Boulevard, Apt 111, Avon, Colorado;
2. Real Property located at 35 Lower Woodbridge Road, #P157, Snowmass Village, Colorado;
3. Real Property located at 35 Upper Woodbridge Road, #17AB, Snowmass Village, Colorado;
4. Real Property located at 254 Wren Court, #204, Basalt, Colorado;
5. Real Property and All Appurtenances, Attachments, and Furnishings Thereto located at 6997 Tremolite Drive, Castle Rock, Colorado;
6. Real Property located at 2208 Elk Lane, Basalt, Colorado;
7. 2021 Ford Bronco, VIN: 1FMEE5DP9MLA90163;
8. 2022 Chevrolet Corvette Stingray Convertible, VIN: 1G1YB3D47N5121476;
9. 2022 Porsche Taycan Sedan, VIN: WPOAA2Y18NSA16701;
10. 2023 Cadillac Escalade, VIN: 1GYS4FKL1PR523454;
11. Cryptocurrency Held in Coinbase Account 594304c17d0b3d025a5ff785;
12. Cryptocurrency and NFTs Held in Address 0xAD71a7c34de9C27224386DAf370Ad4BdE7f7575D;
13. Cryptocurrency and NFTs Held in Address 0xbd08Bdea67fDB84dE8223513F70D9b9bE3C30580;
14. 2021 Yamaha Raptor Model Number YFM09RYXLW;
15. Miscellaneous Paintings identified in *United States v. 760 W. Beaver Crk Blvd, et al*, 24-cv-00583-DDD-STV;
16. Miscellaneous Heritage Vintage Sport Auctions Items listed in *United States v. 760 W. Beaver Crk Blvd, et al*, 24-cv-00583-DDD-STV;
17. Approximately $242,962.96 in Funds from Alpine Bank Account 8911911837;
18. Approximately $24,384.41 in Funds from Alpine Bank Account 8911911951; and
19. A money judgment in the amount of proceeds derived from the wire fraud scheme.

3. Further, in the Forfeiture Allegation on Pages 13-15 of the Indictment returned on June 27, 2024, the United States alleged that, pursuant to 18 U.S.C. §

982(a)(1)(A), it would seek forfeiture of all property involved in, or traceable to such property, the commission of the offenses alleged in Counts 6 through 13 of the Indictment.

4. Accordingly, the United States gives notice that as a result of the violations of 18 U.S.C. § 1957 alleged in Counts 6 through 13 of the Indictment, and by this reference fully incorporated herein, the United States seeks forfeiture of the defendants' interest in the following:

1. Real Property located at 35 Lower Woodbridge Road, #P157, Snowmass Village, Colorado;
2. Real Property located at 254 Wren Court, #204, Basalt, Colorado;
3. Real Property and All Appurtenances, Attachments, and Furnishings Thereto located at 6997 Tremolite Drive, Castle Rock, Colorado;
4. 2022 Porsche Taycan Sedan, VIN: WPOAA2Y18NSA16701;
5. Miscellaneous Heritage Vintage Sport Auctions Items listed in *United States v. 760 W. Beaver Crk Blvd, et al*;
6. Approximately $242,962.96 in Funds from Alpine Bank Account 8911911837; and
7. A money judgment in the amount of proceeds involved.

DATED this 27th day of August 2024.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

s/ *Tonya Andrews*
Tonya Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0405

3

Email: Tonya.Andrews@usdoj.gov

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

4