THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| THE UNITED STATES OF AMERICA : | |
| - against - : | **Criminal No.**: 1:24-cr-00212-DDD-1 |
| **Joshua Lybolt** : | |
| Defendant. : | |

-------------------------------------------------------------

**UNOPPOSED MOTION FOR THE EXTENSION OF TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE**

Defendant, **Joshua Lybolt**, by and through the undersigned counsel, moves this Honorable Court for an extension of the temporary modification of his release conditions the Court granted on January 23, 2025, from February 23 to February 28, 2025. In support therefor, counsel states as follows:

1. The defendant has been under supervised release since July 11, 2024. During these 214 days, he has been fully compliant with the conditions of his release.

2. On January 23, 2025, Your Honor granted the defendant's request for a temporary modification of his conditions of release, allowing him to travel to Truckee, California, from February 13 to February 23, 2025 (ECF No. 48).

3. On February 12, 2025, this Honorable Court granted co-defendant Magdalena Lybolt's request to travel to Truckee, California, from February 13 to February 28, 2025 (ECF No. 52).

4. The defendant now requests an extension of the granted temporary modification from February 23 to February 28, 2025.

1

5. This extension will allow Mr. Lybolt to stay with his family for the remainder of their trip.

6. The requested modification will terminate on March 1, 2025.

7. The defendant shared his full itinerary with Pretrial Services before he departed for California.

8. Pretrial Services Officer Carlos Morales has been informed of this motion and does not object to any of the requests made herein.

9. AUSA Craig Fansler has been informed of this motion and does not object to any of the requests made in the motion.

## **CONCLUSION**

**WHEREFORE**, Defendant, **Joshua Lybolt,** by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,
Spodek Law Group P.C.

*/s/ Todd A. Spodek*
Todd A. Spodek,
N.Y. Bar No.: 4489399
233 Broadway, Suite 710
New York, NY 10279
Tel.: (212) 300-5196
Fax: (212) 300-6371
ts@spodeklawgroup.com
*Counsel for the Defendant,*
*Joshua Lybolt*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2025, a true and correct copy of the above and foregoing **UNOPPOSED MOTION FOR THE EXTENSION OF TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE** was filed electronically, and through that system, all parties, by and through their respective attorneys, including Craig Fansler, the Assistant United States Attorney handling this case, have had this document forwarded to them.

/s/ *Todd A. Spodek*
Todd A. Spodek,
NY Bar No.: 4489399
233 Broadway, Suite 710
New York, NY 10279
Tel.: (212) 300-5196
Fax: (212) 300-6371
ts@spodeklawgroup.com
*Counsel for the Defendant,*
*Joshua Lybolt*